Scott D Sweeney, Esq.
Utah Bar #15070
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
1225 17th Street
Suite 1700
Denver, Colorado 80202
Phone: (303)572-5300
Scott.Sweeney@wilsonelser.com
Attorneys for SkyWest, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARC RATNER; and SUSAN RATNER, | )<br>)<br>) |
| Plaintiff, | ) CIVIL ACTION |
| vs. | )<br>) FILE NO. 4:23-cv-00030-DN-PK |
| SKYWEST, INC.; and JOHN AND/OR JANE DOE 1-10, | )<br>)<br>) |
| Defendants. | ) |

**DEFENDANT SKYWEST, INC.'S MOTION TO DISMISS
AND MEMORANDUM OF LAW**

COMES NOW SkyWest, Inc., named as a Defendant in the above-styled civil action, and pursuant to Federal Rule of Civil Procedure 12(b)(6) moves to dismiss Plaintiffs' Complaint. WHEREFORE, Defendant SkyWest, Inc. prays that this Court grant its motion, and that Plaintiffs' Complaint be dismissed.

In support of its motion, Defendant shows the Court as follows:

## I. Summary of Argument

Defendant SkyWest, Inc. moves this Court for an Order dismissing Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(6). Plaintiffs' Complaint for personal injury and loss of consortium was filed outside of the four-year statute of limitations provided for under Utah law. Accordingly, Plaintiffs' Complaint must be dismissed.

## II. Facts

This case arises out of an incident wherein Plaintiffs allege that Plaintiff Marc Ratner was injured on a flight from South Bend, Indiana to Detroit, Michigan which occurred on February 2, 2019. (See Plaintiff's Complaint, ¶ 7). Plaintiffs further allege that during the landing of the February 2, 2019 flight, the "aircraft's nosewheel steering failed" and that "the aircraft ran off the active runway and/or taxiway." (See Plaintiff's Complaint, ¶ 13). Plaintiffs then allege that during the February 2, 2019, landing Marc Ratner was "thrown forward and into the bulkhead." (See Plaintiff's Complaint, ¶ 17). Plaintiffs filed this Complaint for Damages with the United States District Court for the District of Utah on April 18, 2023. (See generally Plaintiff's Complaint). Plaintiffs bring their Complaint pursuant to 28 U.S.C. § 1332, alleging diversity jurisdiction. (See Plaintiff's

Complaint, ¶ 6). Plaintiffs served this Complaint on Defendant on June 2, 2023. Defendant's timely Motion to Dismiss follows.

### III. Table of Authorities

- Utah Code § 30-2-11.

- Utah Code § 78B-6-706.

- Gerson v. Logan River Acad., No. 1:20-CV-00010-DB, 2020 WL 3317967 (D. Utah June 18, 2020), aff'd, 11 F.4th 1195 (10th Cir. 2021), withdrawn and superseded on denial of reh'g en banc, 20 F.4th 1263 (10th Cir. 2021), and aff'd, 20 F.4th 1263 (10th Cir. 2021).

- McHenry v. Utah Valley Hosp., a Div. of Intermountain Health Care, Inc., 724 F. Supp. 835 (D. Utah 1989), aff'd, 927 F.2d 1125 (10th Cir. 1991).

- Ottens v. McNeil, 2010 UT App 237, 239 P.3d 308.

### IV. Argument

Federal Courts exercising diversity jurisdiction must apply the same statute of limitations as would be applied in the relevant state court. Gerson v. Logan River Acad., No. 1:20-CV-00010-DB, 2020 WL 3317967 (D. Utah June 18, 2020), aff'd, 11 F.4th 1195 (10th Cir. 2021), withdrawn and superseded on denial of reh'g en banc, 20 F.4th 1263 (10th Cir. 2021), and aff'd, 20 F.4th 1263 (10th Cir.

2021). Utah has a four-year statute of limitations for personal injuries. Utah Code § 78B-6-706; Ottens v. McNeil, 2010 UT App 237, 239 P.3d 308. "The general rule is that a cause of action accrues upon 'the happening of the last event necessary to … the cause of action.'" McHenry v. Utah Valley Hosp., a Div. of Intermountain Health Care, Inc., 724 F. Supp. 835 (D. Utah 1989), aff'd, 927 F.2d 1125 (10th Cir. 1991). The statute of limitations applicable to the injured person shall also apply to his spouse's claim of loss of consortium. Utah Code § 30-2-11.

Plaintiffs' complaint makes clear that the subject incident that forms the basis of their Complaint occurred on February 2, 2019. Plaintiffs' complaint alleges that, on February 2, 2019, Marc Ratner was "thrown forward and into the bulkhead" of an aircraft, Plaintiffs allege was negligently operated by Defendant. The allegation that Marc Ratner was "thrown forward and into the bulkhead" during the flight on February 2, 2019, is the basis of Plaintiffs' cause of action. Accordingly, Plaintiffs' Complaint makes clear that their cause of action accrued on February 2, 2019. Plaintiffs have brought three claims, one for personal injury on the basis of negligence, a second for personal injury on the basis of negligent hiring, negligent retention, negligent training, and negligent supervision, and a third for loss of consortium brought by Plaintiff Susan Ratner. The Statute of Limitations for personal injury is four years pursuant to Utah Code § 78B-6-706.

The statute of limitations on Plaintiffs' personal injury claims ran four years after February 2, 2019, on February 2, 2023. Plaintiff Susan Ratner's claim for Loss of Consortium is derivative of her spouse, Plaintiff Marc Ratner's, claims for personal injury, and is subject to the same four-year statute of limitations applicable to his claims, also running on February 2, 2023. Plaintiffs filed their Complaint in this Court after the statute of limitations had run on all their claims, on April 18, 2023.

Plaintiffs' Complaint was filed over four years after the cause of action accrued for their claims: Plaintiffs' claims for personal injury based in negligence and negligent hiring, negligent retention, negligent training, and negligent supervision are barred by the statute of limitations under Utah Code § 78B-6-706 and Plaintiff Susan Ratner's claims for loss of consortium are barred by the statute of limitations under Utah Code § 30-2-11.

## V. Conclusion

For the reasons set forth above, Defendant SkyWest, Inc. respectfully requests that this Court GRANT its Motion to Dismiss and dismiss Plaintiffs' Complaint.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP

By: */s/ Scott D. Sweeney*
SCOTT D. SWEENEY
Utah Bar No. 15070
Attorneys for SkyWest, Inc.
1225 17th Street
Suite 1700
Denver, Colorado 80202
Phone: (303)572-5300
Fax: (303) 572-5301

STRAWINSKI & STOUT, P.C.

By: */s/ Nicole Wolfe Stout*
NICOLE WOLFE STOUT
Georgia Bar No. 773370
Attorneys for SkyWest, Inc.
*Pending* Pro Hac Vice
3340 Peachtree Road, N.E.
Suite 1445, Tower Place 100
Atlanta, Georgia 30326
Phone:  (404) 264-9955
Fax: (404) 264-1450

This is to certify that the foregoing pleading was prepared using a clearly legible 14-point font in accordance with Local Rule DUCivR 10-1.

By: */s/ Scott D. Sweeney*
Scott D. Sweeney

- 7 -

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of June, 2023, the foregoing DEFENDANT SKYWEST, INC.'S MOTION TO DISMISS AND MEMORANDUM OF LAW, by electronically filed and served upon the following:

| | |
|---|---|
| Christopher K. Gilbert (CO Reg. #40635)<br>Randall K. Gause (CO Reg. #50989)<br>BURNHAM LAW<br>5990 Greenwood Plaza Blvd.,<br>Bldg. 2, Ste. 110<br>Greenwood Village, CO 80112<br>chrisg@burnhamlaw.com<br>*Attorney for Plaintiff*<br>*Pro hac vice admission pending | Jeffrey J. Steele (#10606)<br>Justin M. Hosman (#15634)<br>Alyssa J. Wood (#16613)<br>STEELE ADAMS HOSMAN<br>6713 South 1300 East<br>Cottonwood Heights, Utah 84121<br>jeff@sahlegal.com<br>justin@sahlegal.com<br>alyssa@sahlegal.com<br>*Attorneys for Plaintiff* |

By: */s/ Scott D. Sweeney*
Scott D. Sweeney